1  Octavio Cardona-Loya II, Esq. SBN 225309
   Golden & Cardona-Loya, LLP
2  3130 Bonita Road, Suite 200-B
   Chula Vista, CA 91910
3  vito@goldencardona.com
   Phone: 619-476-0030; Fax: 775-898-5471
4  Attorney for Plaintiff Ademar A. Marques

5  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
6    Including Professional Corporations
   ERIK S. BLISS (184954)
7  501 West Broadway, 19th Floor
   San Diego, California 92101-3598
8  Telephone: (619) 338-6500
   Facsimile: (619) 234-3815
9  Attorneys for Defendant
   WELLS FARGO BANK, N.A.

10

11              UNITED STATES DISTRICT COURT

12             SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| ADEMAR A. MARQUES, an individual, | Case No. 09-CV-01985 L (RBB) |
| Plaintiff, | Complaint Filed: 07/27/09 |
| v. | JOINT MOTION TO DISMISS ADEMAR A. MARQUES'S FIRST AMENDED COMPLAINT AND WELLS FARGO BANK, N.A.'S COUNTERCLAIM |
| WELLS FARGO HOME MORTGAGE, INC. dba AMERICA'S SERVICING COMPANY, a corporation; and DOES 1 through 10 inclusive, | Courtroom: 14 (5th Floor) |
| Defendants. | Hon. M. James Lorenz |
| WELLS FARGO BANK, N.A., a national banking association, | |
| Counter-Claimant, | |
| v. | |
| ADEMAR A. MARQUES, an individual, and DOES 1-10, inclusive, | |
| Counter-Defendants. | |

Plaintiff and Counter-Defendant ADEMAR A. MARQUES ("Marques"), and Defendant and Counter-Claimant WELLS FARGO BANK, N.A.[1] ("Wells Fargo"), based upon the following stipulation and agreement, do hereby jointly move that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and other relevant and applicable law, Marques's First Amended Complaint (and including any and all prior and subsequent complaints) is dismissed with prejudice. This dismissal shall apply to all of Marques's claims against all defendants, all of which shall be dismissed in their entirety, with prejudice.

2. Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) and 41(c), and other relevant and applicable law, Wells Fargo's Counterclaim (and including any and all prior and subsequent counterclaims) is dismissed with prejudice. This dismissal shall apply to all of Wells Fargo's claims against all counter-defendants, all of which shall be dismissed in their entirety, with prejudice.

DATED: February 1, 2012

GOLDEN & CARDONA-LOYA, LLP


By   /s/Octavio Cardona-Loya II
     OCTOVIO CARDONA-LOYA II

     Attorneys for Plaintiff
     ADEMAR A. MARQUES

///

---

[1] Wells Fargo Home Mortgage, Inc. was merged into Wells Fargo Bank, N.A. in 2004. Since the merger, "Wells Fargo Home Mortgage" has continued to operate as a division of Wells Fargo Bank, N.A., and to do business as "America's Servicing Company."

```
 1  DATED: February 1, 2012
 2                           SHEPPARD MULLIN RICHTER & HAMPTON LLP
 3
 4                           By    /s/Erik S. Bliss
                                        ERIK S. BLISS
 5
                                   Attorneys for Defendant
 6                                 WELLS FARGO BANK, N.A.
```

*Ademar A. Marques v. Wells Fargo Home Mortgage, et al.*
USDC, Southern District of California, Case No. 09 CV 1985 L RBB

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th Floor, San Diego, California 92101-3598. I certify that the content of this document is acceptable to all persons required to sign the document by obtaining either physical signatures or authorization for the electronic signatures of all parties on the document.

On **February 1, 2012**, I served the following document(s) described as:

- **JOINT MOTION TO DISMISS ADEMAR A. MARQUES'S FIRST AMENDED COMPLAINT AND WELLS FARGO BANK, N.A.'S COUNTERCLAIM**

- **[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS ADEMAR A. MARQUES'S FIRST AMENDED COMPLAINT AND WELLS FARGO BANK, N.A.'S COUNTERCLAIM**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Octavio Cardona-Loya , II**
  vito@goldencardona.com,dorian@goldencardona.com,jeremy@goldencardona.com

AND by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Octavio Cardona-Loya II Esq
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200-B
Chula Vista, CA  91910-3263
Tel: 619-476-0030/Fax: 775-898-5471
Email: vito@goldencardona.com
Attorney for Plaintiff Ademar A. Marques

☒  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **February 1, 2012**, at San Diego, California.

*/s/ Dawn Anderson*
DAWN ANDERSON

W02-WEST:6VJB1\402214437.1                         -2-