UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADEMAR A. MARQUES,<br><br>　　　　　Plaintiff,<br>v.<br><br>WELLS FARGO HOME MORTGAGE, INC.,<br><br>　　　　　Defendant. | Civil No. 09-cv-1985-L(RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEFENDANT'S COUNTERCLAIM WITH PREJUDICE [DOC. 82]** |

　　　Pending before the Court is the parties' joint motion to dismiss both Plaintiff Ademar A. Marques' First Amended Complaint and Defendant Wells Fargo Home Mortgage, Inc.'s Counterclaim in their entirety with prejudice.  Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the motion.  (Doc. 82.)

　　　**IT IS SO ORDERED.**

DATED: February 1, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　_M. James Lorenz_
　　　　　　　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

09cv1985